# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BRANDON EVERETT BROWN                                                           PLAINTIFF
ADC #142315

V.                          NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                            DEFENDANTS

## ORDER

Plaintiff filed this complaint on September 4, 2009, and service was ordered. On October 21, 2009, the summons was returned unexecuted as to Defendant Anthony Thomas (docket entry #10). A note on the return indicates that Thomas may have been an employee for Correctional Medical Services, Inc., the prison's medical contractor. Accordingly, service will be attempted in the care of CMS.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant Anthony Thomas. The Clerk of the Court is directed to prepare a summons for Defendant Thomas, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, on Thomas, in the care of CMS, without prepayment of fees and costs or security therefor.

DATED this __26__ day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE