# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BRANDON EVERETT BROWN                                                              PLAINTIFF
ADC #142315

V.                               NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #33) is DENIED.

DATED this 31st day of March, 2010.

                                              /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE