# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BRANDON EVERETT BROWN                                                                          PLAINTIFF
ADC #142315

V.                                      NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                                           DEFENDANTS

## ORDER

On March 5, 2010, Arkansas Department of Correction Defendants Wendy Kelley, Marco Avant, Wanda Brooks, Essie Clay, and Greg Harmon ("ADC Defendants"), filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #54-#56). Although more than 14 days has passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days in which to file his response.

In connection with their motion, the ADC Defendants filed a motion to stay discovery until their motion for summary judgment is decided (docket entry #57). Plaintiff has filed two motions to compel (docket entries #60 & #65). The ADC Defendants' motion to stay discovery (docket entry #57) is GRANTED in all respects, except that they are directed to allow Plaintiff an opportunity to review his medical file pursuant to unit policy, they are directed to provide Plaintiff with copies of his grievances, and his isolation medical screening. Plaintiff's motions to compel (docket entries #60 & #65) are DENIED.

IT IS SO ORDERED this __31__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE