# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

BRANDON EVERETT BROWN                                                      PLAINTIFF
ADC #142315

V.                                    NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                       DEFENDANTS

### ORDER

      The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT Defendant CMS's motion to dismiss (docket entry #52) is DENIED.

      DATED this 23rd day of April, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE