**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BRANDON EVERETT BROWN                                                                              PLAINTIFF
ADC #142315

V.                                          NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                                                  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by Defendants Wendy Kelley, Marco Avant, Wanda Brooks, Essie Clay, and Greg Harmon (docket entry #54) is GRANTED IN PART AND DENIED IN PART.

2. The motion is GRANTED to the extent that all of Plaintiff's claims regarding due process, and any claims made in connection with his disciplinary convictions are dismissed; all of Plaintiff's claims against Defendants Wendy Kelley and Essie Clay are dismissed, and the names of Kelley and Clay are removed as party Defendants.

3. Defendants' motion is DENIED in all other respects.

DATED this 11th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE