IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRANDON EVERETT BROWN                                              PLAINTIFF
ADC #142315

V.                              NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                               DEFENDANTS

## ORDER

By order entered May 11, 2010, the Court adopted the partial report and recommendation issued by United States Magistrate Judge H. David Young on April 26, 2010 and dismissed Plaintiff's claims against separate defendant Harmon.  Now before the Court is Plaintiff's motion for reconsideration, asking the Court to reconsider its decision to adopt the partial report and recommendation in light of Plaintiff's objections filed on May 10, 2010.  The Court has reviewed Plaintiff's objections (docket entry #91) and finds no basis for reconsideration.

IT IS THEREFORE ORDERED that Plaintiff's motion for reconsideration (docket entry #94) is DENIED.

IT IS SO ORDERED THIS 10TH  DAY OF JUNE, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE