# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BRANDON EVERETT BROWN                                                                  PLAINTIFF
ADC #142315

V.                          NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                                  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by Defendants Belinda Beach, Steven Cook, Correctional Medical Services, Inc., Joseph Hughes, and Anthony Thomas (docket entry #96) is GRANTED.

2. Plaintiff's claims against Defendant Correctional Medical Services, Inc., are DISMISSED WITHOUT PREJUDICE; Plaintiff's claims against Defendants Belinda Beach, Steven Cook, Joseph Hughes, and Anthony Thomas, are DISMISSED WITH PREJUDICE; and the names of Defendants Belinda Beach, Steven Cook, Correctional Medical Services, Inc., Joseph Hughes, and Anthony Thomas, are removed as party Defendants.

2. Plaintiff's motion to strike (docket entry #104) is DENIED.

DATED this 6th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE