**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BRANDON EVERETT BROWN                                                                    PLAINTIFF
ADC #142315

V.                                  NO: 2:09CV00133 SWW/HDY

MARCO AVANT *et al.*                                                                       DEFENDANTS

## ORDER

On June 27, 2011, Defendants Marco Avant and Wanda Brooks filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #131-#133). Plaintiff's attorney, who was appointed on August 31, 2011, has moved to reset the deadline to respond to that motion, and United States District Judge Susan W. Wright has referred that request to the undersigned. For good cause shown, the request (docket entry #143) is GRANTED, and Plaintiff's response to Defendants' motion for summary judgment is due no later than 21 days after the entry of this order.

IT IS SO ORDERED this   11   day of October, 2011.

                                                                    UNITED STATES MAGISTRATE JUDGE