# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

BRANDON EVERETT BROWN

vs.                                    NO. 2:09CV00133 SWW

MARCO AVANT, ET AL

### JUDGMENT ON JURY VERDICT

This action came on for trial February 28, 2012, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict on February 29, 2012; now therefore, pursuant to the attached verdict,

IT IS ORDERED AND ADJUDGED that plaintiff Brandon Everett Brown takes nothing on the complaint against defendants Marco Avant and Wanda Brooks, and that the complaint herein be, and the same is hereby, dismissed.

IT IS SO ORDERED this 29th day of February 2012.

/s/Susan Webber Wright

United States District Judge